# EXHIBIT 1



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

# EXCLUSIVE FRANCHISE AGREEMENT

This Exclusive Franchise Agreement (the "Agreement") is made and entered into as of **11/11/2024**, by and between:

- **Gene Matrix Inc**, a Wyoming Corporation with its principal place of business at **7456 S State Rd Suite 204, Chicago, IL 60638, USA** ("Franchisor"),
- And **Gene Matrix D.O.O.**, a company incorporated and existing under the laws of North Macedonia, with its principal place of business at **29-ti Noemvri Rd 36, Skopje 1000, North Macedonia** ("Franchisee").

---

**WHEREAS, the Franchisor is engaged in the business of providing advanced genetic testing services and has established a successful business model under the trademark "Gene Matrix";**
**WHEREAS, the Franchisee desires to obtain the exclusive rights to operate Gene Matrix franchises within the European market under the terms and conditions of this Agreement;**
**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties agree as follows:**

---

## 1. Grant of Franchise and Corporate Structure

1.1 **Exclusive Franchise Rights**:
The Franchisor hereby grants to the Franchisee the exclusive right to operate Gene Matrix franchises within the European market and Balkin region, encompassing the following countries: **Albania, Bulgaria, Bosnia and Herzegovina, Cyprus, Croatia, Greece, Kosovo, Montenegro, North Macedonia, Romania, Serbia, Slovenia, Turkey, Austria, Belgium, Czech Republic, Denmark, Estonia, Finland, France, Germany, Hungary, Ireland, Italy, Latvia, Lithuania, Luxembourg, Poland, Portugal, Romania, Slovakia, Spain, Sweden, Netherlands, Malta, Luxembourg.**

1.2 **Corporate Structure for Gene Matrix LTD**:
Upon the signing of this Agreement, the Franchisee shall be responsible for establishing Gene Matrix LTD in Slovenia. The corporate structure of Gene Matrix LTD shall be as follows:

- 67% equity to **Gene Matrix D.O.O.**
- 33% equity to **Gene Matrix Inc**

1.3 **Corporate Documentation**:
The Franchisee shall provide all necessary documentation, including a list of shareholders and directors of Gene Matrix LTD, to Gene Matrix Inc.

---



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**2. Initial Franchise Fee and Payment Terms**

2.1 **Initial Franchise Fee**:
The total franchise fee for the European market is **$4,500,000**. The Franchisee agrees to pay this fee as follows:

- An initial payment of **$625,000**, due Before end of November 2024 upon the signing of this Agreement due to Gene Matrix Inc.
- An additional payment of **$625,000** due in **Q1 2025** or in parallel of the establishing of the Slovenia Gene Matrix Laboratory.
- **$625,000** due by the end of **2025.**
- **$625,000** due by the end of **2026**.
- **$1,000,000** due by the end of **2027**.
- **$1,000,000** due by the end of **2028.**

The remaining balance may be paid early based on testing volume and revenue generated by the Franchisee.

2.2 **Net Profit Sharing**:
Gene Matrix Inc shall be entitled to receive 33% of the net profits generated from the laboratory operations in Slovenia. Profit distributions to Gene Matrix Inc will occur on a semi-annual basis, with payments issued every 6 months. Each distribution shall be calculated based on the total net profits accumulated over the preceding 6-month period. Both parties shall receive a detailed profit and loss statement prior to each distribution, outlining revenue, expenses, and net profits to ensure transparency. Payment shall be made within 30 days following the end of each 6-month period.

2.3 **Ownership of Equipment**:
Gene Matrix LTD shall hold all rights to the equipment purchased from Gene Matrix Inc, transferring ownership upon purchase.

2.4 **Collection Devices**:
For the first year, Gene Matrix Inc will provide **10,000 collection devices** to the Franchisee at no additional cost. If the Franchisee exceeds 10,000 devices within the first year, Gene Matrix Inc will place an order with their CLIA-certified manufacturing partner for additional devices at a rate of **$25 per device**, billed to Gene Matrix LTD.

2.5 **Invoicing and Materials**:
The Franchisee shall be invoiced separately for any additional materials and services provided by Gene Matrix Inc beyond the standard franchise provisions. This includes consumables, collection devices exceeding the initial 10,000 provided, and any other specialized services requested by the Franchisee. All invoices for such materials and services will be issued on a **monthly basis** and must be paid in accordance with the terms specified on each invoice.

2.6 **Royalty Fee upon Completion of Final Payment:**
5% Royalty Fee upon Completion of Final Payment Upon completion of all franchise payments as outlined in this Agreement, the Franchisee shall be subject to an ongoing 5% royalty fee on the gross revenue generated from franchise operations. This royalty fee will commence on **01/01/2029**, following confirmation and processing of the final payment.



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**3. Term and Renewal**

3.1 **Term**:
This Agreement shall commence on **11/11/2024** and continue for an initial term of **10 years**, unless terminated earlier in accordance with the provisions of this Agreement.

3.2 **Renewal**:
The Franchisee may renew this Agreement for an additional term of **10 years**, subject to the mutual agreement of the parties and provided that the Franchisee is not in default of any terms of this Agreement. Renewal shall be on the same terms and conditions unless otherwise agreed in writing. The Franchisee shall notify the Franchisor of its intent to renew no later than **12 months** before the expiration of the current term.

---

**4. Franchise Operations**

4.1 **Compliance with Operating Standards**:
The Franchisee agrees to operate the franchise in strict compliance with all operating standards, protocols, and procedures established by the Franchisor. This includes, but is not limited to:

- **Quality Control**: The Franchisee must implement and maintain rigorous quality control systems in line with the Franchisor's guidelines, ensuring consistent accuracy, reliability, and standardization across all testing processes and laboratory operations.

- **Customer Service**: The Franchisee shall adhere to established customer service protocols, including timely communication with clients, confidentiality of patient data, and adherence to response timeframes and service quality metrics specified by the Franchisor.

- **Brand Representation**: The Franchisee shall maintain the integrity of the Gene Matrix brand, ensuring that all marketing materials, advertising, and branding elements are used in compliance with Franchisor-approved guidelines and display a consistent brand image.

- **Audit and Compliance Checks**: The Franchisor reserves the right to conduct regular audits and compliance checks on all operational areas, including equipment, processes, and record-keeping. The Franchisee shall cooperate fully and provide access to necessary records and facilities to facilitate these audits.

The Franchisee is required to obtain the Franchisor's written approval for the chosen location, which must meet Gene Matrix's facility standards, including spatial requirements, equipment specifications, and safety protocols. The Franchisor will review and approve the location before operations commence, ensuring it aligns with brand requirements and operational standards.

4.2 **Training and Support**:
The Franchisor shall provide the Franchisee with comprehensive initial training and ongoing support, including the supply of all medical laboratory equipment, processing systems, and consumables needed to start operations. The Franchisee shall have access to proprietary custom panels for genetic testing, including but not limited to the **NGx Panel**, **PGx Panel**, **Cancer Hereditary Screening**, and any future tests developed by the Franchisor.



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

4.3 **Marketing and Advertising**:
The Franchisee is responsible for all marketing and advertising expenses within the European market. All marketing activities must comply with the Franchisor's guidelines, and plans must be approved by the Franchisor before implementation. Gene Matrix will provide support for online marketing efforts to enhance brand visibility.

4.4 **Support and Systems**:
The Franchisor shall provide the Franchisee with custom **Laboratory Information Management Systems (LIMS)**, reporting software, and billing software. Additionally, the Franchisee shall be billed at competitive rates for all consumables required for ongoing operations.

4.5 **Data Security**:
The Franchisee shall implement data protection measures compliant with **GDPR** and **HIPAA** regulations. Gene Matrix Inc will support these efforts with secure infrastructure using **Oracle and Microsoft Quantum servers**.

---

**5. Exclusivity and Territory Protection**

**5.1 Exclusivity:**
T1he Franchisee shall have exclusive rights to operate Gene Matrix franchises within the designated European market as defined in Section 1.1. During the term of this Agreement, the Franchisor agrees not to grant any additional franchises, licenses, or company-owned operations under the Gene Matrix brand within this territory, ensuring the Franchisee's exclusive rights remain protected.

**5.2 Territory Protection:**
The Franchisor agrees to protect the Franchisee's designated territory from encroachment by other Gene Matrix franchisees or any company-owned units. In the event of any violation of this exclusivity, the Franchisee shall be entitled to a remedy, which may include reduced royalty rates or other monetary compensation as mutually agreed upon by the parties.

**5.3 Expansion to Additional Territories:**
If Gene Matrix or the Franchisee wishes to establish sub-companies or expand operations into additional countries beyond those specified in Section 1.1, all parties involved must agree in writing. This includes full consideration of the regulatory requirements, compliance standards, and operational guidelines specific to each new country. Each new sub-company or operation must meet regulatory standards, undergo compliance review, and be structured in alignment with Gene Matrix's quality and brand standards. All parties shall collaborate to ensure that new operations are compliant with local laws and maintain the integrity and reputation of the Gene Matrix brand.

---

**6. Confidentiality and Non-Compete**

6.1 **Confidentiality**:
The Franchisee agrees to maintain the confidentiality of all proprietary information, trade secrets, and business practices of the Franchisor. This obligation shall survive the termination or expiration of this Agreement.

6.2 **Non-Compete**:
During the term of this Agreement and for **10 years** thereafter, the Franchisee shall not engage in any business that competes directly or indirectly with Gene Matrix in the European market.

---



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**7. Termination**

**7.1 Termination by Franchisor:**
The Franchisor reserves the right to terminate this Agreement with immediate effect in the event of a material breach by the Franchisee. Such breaches may include, but are not limited to, failure to make timely payments, non-compliance with operating standards, or misuse of the Gene Matrix trademarks. In the event of termination by the Franchisor, the Franchisee shall cease all operations related to the Gene Matrix franchise, and return all materials, proprietary information, and equipment provided by the Franchisor, in good condition, to ensure a smooth transition.

**7.2 Termination by Franchisee:**
The Franchisee has the right to terminate this Agreement by providing the Franchisor with a [mutually agreed notice period, e.g., 3-6 months] written notice. Termination by the Franchisee must be preceded by a fair attempt to resolve any issues or grievances through mutual discussion or mediation. Upon termination, the Franchisee shall immediately cease all use of the Gene Matrix trademarks, intellectual property, and proprietary materials, and return any equipment or materials provided by the Franchisor.

**7.3 Mutual Termination and Transition:**
This Agreement may also be terminated by mutual consent of both parties. In the event of mutual termination, both parties shall work together to ensure an orderly and fair transition of operations. This includes returning all proprietary materials and equipment to the Franchisor and fulfilling any outstanding financial obligations on both sides. The parties agree to act in good faith to minimize disruption to ongoing services or business operations.

**7.4 Effect of Termination:**
Upon termination, regardless of the reason, all rights granted to the Franchisee under this Agreement shall cease, and the Franchisee shall no longer have the authority to operate any business under the Gene Matrix brand. Any outstanding payments or obligations owed by either party shall be settled within [mutually agreed timeframe, e.g., 30-60 days]. Both parties agree to refrain from any public statements or actions that could harm the reputation of the other party, ensuring a respectful and professional conclusion to the partnership.

**7.5 Opportunity to Remedy:**
Prior to termination, the non-breaching party shall provide the breaching party with a [mutually agreed cure period, e.g., 30-60 days] to address and resolve the issue, where possible. This allows both parties an opportunity to remedy any concerns in good faith and avoid unnecessary termination.

---

**8. Governing Law and Dispute Resolution**

8.1 **Governing Law**:
This Agreement shall be governed by and construed in accordance with the laws of **[Applicable Jurisdiction, e.g., the State of Illinois, USA]**.

8.2 **Dispute Resolution**:
Any disputes arising from this Agreement shall be resolved through binding arbitration in **[Location, e.g., Chicago, IL]**.

---



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**9. Miscellaneous**

9.1 **Entire Agreement**:
This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements.

9.2 **Amendments**:
Any amendments must be in writing and signed by both parties.

9.3 **Severability**:
If any provision is found invalid, the remaining provisions remain effective.

9.4 **Assignment**:
The Franchisee may not assign its rights without prior written consent from the Franchisor.

9.5 **Notices**:
All notices shall be in writing and sent to the addresses listed above.

---

**10. Roles and Responsibilities of the Franchisee**

**10.1 Laboratory Construction and Setup:**
The Franchisee is responsible for constructing and establishing the genetic testing laboratory in Slovenia in strict accordance with the layout, architectural designs, and operational requirements provided by Gene Matrix Inc. The Franchisee agrees to:

- **Compliance with Local and International Standards:** Ensure that the laboratory meets local building codes, healthcare regulations, environmental guidelines, and the international **ISO 15189** standard for medical laboratory accreditation.

- **Facility Infrastructure:** Equip the facility with all required infrastructure, including power supply, water systems, waste disposal protocols, and laboratory safety features, such as **HEPA filtration,** biohazard containment, and fire suppression systems, as per Franchisor specifications.

- **Installation and Maintenance of Equipment:** Oversee the installation and regular maintenance of Gene Matrix-provided equipment, including but not limited to DNA sequencers, PCR machines, and Laboratory Information Management Systems (LIMS). The Franchisee shall ensure that all equipment is operated and maintained according to the manufacturer's specifications.

**10.2 Regulatory Compliance and Operational Standards:**
The Franchisee is responsible for ensuring that the laboratory operates in full compliance with all applicable healthcare regulations and Gene Matrix operational standards. This includes:

- **Adherence to IVDR:** Compliance with the European Union's **In Vitro Diagnostic Regulation (IVDR),** ensuring that all procedures, instruments, and reagents used in testing meet regulatory requirements.

- **Data Protection and Security**: Implementing comprehensive data protection protocols that meet **GDPR** and **HIPAA** standards. This includes maintaining secure data storage, implementing access controls, and safeguarding patient confidentiality at all times.

- **Quality Management Systems (QMS):** Establishing and upholding an effective **Quality Management System (QMS)** in line with **ISO 9001** and **ISO 15189** standards. This includes conducting regular internal audits, proficiency testing, and ongoing quality assessments to meet Gene Matrix's standards of accuracy, reliability, and quality control.



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**10.3 Business Development and Market Expansion:**
The Franchisee shall actively promote and expand Gene Matrix's services within the designated territory. This includes:

- **Securing Contracts:** Establishing and maintaining long-term contracts with hospitals, healthcare providers, clinics, and other healthcare institutions across Europe and the Balkans.
- **Direct-to-Consumer Channels:** Developing and managing channels for direct-to-consumer genetic testing, including digital platforms, partnerships with telemedicine providers, and in-person collection centers.
- **Government and Institutional Contracts:** Pursuing agreements with government health agencies and research institutions for population-based genetic studies, precision medicine initiatives, and other relevant programs.
- **Meeting Volume Targets:** Achieving quarterly and annual testing volume targets, as agreed with Gene Matrix Inc, and reporting progress to the Franchisor to ensure transparency and alignment with Gene Matrix's strategic objectives.

**10.4 Training and Workforce Management:**
The Franchisee is responsible for hiring qualified staff and ensuring they complete Gene Matrix's required training programs. This includes:

- **Staffing Requirements:** Hiring a sufficient number of qualified lab technicians, administrative personnel, and medical professionals to meet operational demands.
- **Training Completion:** Ensuring all staff complete the initial and ongoing training provided by Gene Matrix Inc, with training records maintained for compliance audits.
- **Adherence to SOPs:** Ensuring all staff follow Gene Matrix's Standard Operating Procedures (SOPs) for sample handling, testing, and reporting, and conducting regular assessments to ensure compliance.

---

**11. Roles and Responsibilities of Gene Matrix Inc**

**11.1 Validation Protocols and Standard Operating Procedures (SOPs):**
Gene Matrix Inc shall provide the Franchisee with comprehensive SOPs and validation protocols to ensure consistent, high-quality operations in line with Gene Matrix's global standards. Gene Matrix Inc agrees to:

- **Clinical Validation:** Supply full clinical validation for genetic testing protocols, ensuring that all procedures are clinically approved and meet both European and U.S. standards.
- **SOP Implementation**: Provide SOPs for critical areas of laboratory operation, including sample collection, DNA extraction, PCR amplification, data analysis, and reporting. These SOPs will align with those used in U.S.-based Gene Matrix facilities.
- **Document Control and Updates:** Support the Franchisee with document control systems for SOPs, validation records, and quality management documentation, including periodic updates to reflect changes in industry regulations or Gene Matrix's standards.



GENE MATRIX INC.
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**11.2 Regulatory Support and IVD Compliance:**
Gene Matrix Inc will assist the Franchisee in obtaining necessary regulatory approvals and ensuring compliance with local laws. This includes:

- **IVD Approval Support:** Collaborate with the Franchisee to obtain In Vitro Diagnostic (IVD) approvals required for operations in the European market. Gene Matrix will provide necessary documentation and guidance to comply with IVDR standards.
- **Medical Device Registration:** Guide the Franchisee through the process of registering diagnostic devices, software, and other medical equipment used in the laboratory. Gene Matrix Inc will ensure all equipment meets CE Marking and other European regulatory standards.
- **Periodic Compliance Audits:** Conduct periodic compliance audits to verify that the Franchisee's laboratory adheres to Gene Matrix's operational and regulatory standards, providing feedback and action items for any corrective measures required.

**11.3 Training and Continuous Support:**
Gene Matrix Inc shall provide comprehensive training and ongoing technical support to ensure smooth, effective operations for the Franchisee. Gene Matrix Inc agrees to:

- **Initial and Ongoing Training:** Deliver in-depth training programs for the Franchisee's lab technicians, medical directors, and administrative staff. Training will cover equipment operation, SOP adherence, data management, and patient interaction protocols.
- **LIMS, Reporting, and Billing Software Integration:** Supply the Franchisee with a custom-built Laboratory Information Management System (LIMS) tailored to Gene Matrix operations, as well as reporting and billing software to streamline workflows, data analysis, and payment processes.
- **Technical Support and Updates:** Provide continuous technical support for all systems, equipment, and software provided. Gene Matrix Inc shall offer regular updates to improve system functionality and keep laboratory operations aligned with industry advancements and Gene Matrix's standards.

**11.4 Supply of Consumables and Additional Resources:**
Gene Matrix Inc will ensure that the Franchisee has timely access to the consumables and materials necessary to meet operational demands. Gene Matrix Inc agrees to:

- **Initial Supply of Consumables:** Provide an initial supply of consumables, including reagents, testing kits, and other laboratory disposables necessary to begin operations.
- **Ongoing Supply at Competitive Rates:** Ensure the timely delivery of additional consumables as needed, billing the Franchisee at competitive rates for items exceeding the initial allocation.
- **Provision of Collection Devices:** Supply 10,000 collection devices to the Franchisee in the first year at no cost, with additional devices billed at €25 per unit if needed.

**11.5 Compliance Oversight and Guidance:**
Gene Matrix Inc will actively support the Franchisee's adherence to all relevant compliance standards and best practices. This includes:

- **Compliance with Data Security Standards:** Provide guidance and best practices for data protection, ensuring the Franchisee's compliance with **GDPR** and **HIPAA.** Gene Matrix Inc will maintain secure servers and systems to safeguard sensitive data.
- **Regular Operational and Compliance Reviews:** Conduct regular reviews of the Franchisee's operations to verify that they meet Gene Matrix's operational, quality, and compliance standards, offering recommendations and action items to ensure continuous improvement.



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**IN WITNESS WHEREOF**, the parties have executed this Exclusive Franchise Agreement as of the date first above written.

**Gene Matrix INC.**

By: [signature]

Name: Tarek Younis

Title: CEO

Date: 11/11/2024

**Gene Matrix D.O.O.**

By: [signature]

Name: ZORANCHO MITROVSKI

Title: CEO

Date: 11/11/2024



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**Exhibit A: Gene Matrix Inclusions**
As part of the Franchise Agreement between Gene Matrix Inc ("Franchisor") and [Franchisee Name] ("Franchisee"), the following items and services are included:

**1. Laboratory Equipment**
• Gene Matrix will provide all necessary laboratory equipment required for genetic testing operations. This includes, but is not limited to: o DNA sequencers
o PCR machines
o Microarray systems
o Centrifuges
o Refrigerators and freezers for sample storage
o Safety cabinets and hoods
o High-performance liquid chromatography (HPLC) systems

**2. Software and Systems**
• The Franchisor will supply the following software and systems: o **Laboratory Information Management System (LIMS)**: Custom LIMS tailored to Gene Matrix operations.
o **Reporting Software**: Software for generating patient reports and handling data securely.
o **Billing Software**: Tools to manage financial transactions and insurance claims.
o **Security Systems**: Software to ensure data protection and compliance with HIPAA and GDPR, backed by Oracle and Microsoft Quantum servers.

**3. Training and Support**
• **Initial Training**: Comprehensive training for all staff, including medical directors and lab technicians, covering equipment operation, data management, and service standards.
• **Ongoing Support**: Continuous support for all provided software and systems, including updates and troubleshooting.

**4. Consumables**
• Initial supply of consumables necessary for laboratory operations, including: o Reagents and chemicals for testing
o Sample collection kits
o Laboratory disposables (e.g., pipettes, test tubes, gloves)

**5. Marketing Support**
• Assistance with online marketing efforts across various digital platforms.
• Access to Gene Matrix's brand guidelines and marketing materials.

**6. Compliance and Regulatory Support**
• Guidance on meeting all local and international regulatory requirements.
• Assistance with obtaining necessary licenses and certifications in Slovenia and the European market.



**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**Exhibit B: Price Breakdown**
As part of the Franchise Agreement between Gene Matrix Inc ("Franchisor") and [Franchisee Name] ("Franchisee"), the following is a detailed price breakdown for the items and services included in the contract:

**1. Laboratory Equipment**
- DNA Sequencers (1 units): $310,000
- PCR Machines (2 units): $250,000
- Microarray Systems (1 unit): $150,000
- Centrifuges (3 units) with Vortex: $75,000
- Medical Grade Refrigerators and Freezers for Sample Storage (4 units): $115,000
- High-Performance Hoods (2 units): $145,000
- High-Performance Liquid Chromatography (HPLC) Systems (1 unit): $120,000
- Liquid Handler (Hamilton Machine, 1 unit): $220,000
- Opentrons Pipetting AI Automated Handler: $130,000
- Thermocyclers (6 units): $98,000
- Promega FDA Approved DNA Extraction Machines: $140,000
- Pipettes (40 units at $800 each): $32,000
- Miscellaneous Laboratory Equipment: $65,000

**Total for Laboratory Equipment: $1,850,000**

**2. Software and Systems**
- Custom Laboratory Information Management System (LIMS) with Gene Matrix AI Integration: $200,000
- Reporting Software: $150,000
- Billing Software: $100,000
- Security Systems (including Oracle and Microsoft Quantum servers): $250,000

**Total for Software and Systems: $700,000**

3. Training and Support
- Initial Training for Staff: $100,000
- Ongoing Support and Software Updates: $150,000
- Service Plan for DNA Sequencing (4 years): $320,000
- Using Gene Matrix Patent Pending Panels for PGx, NGx, Cancer Testing: $500,000

**Total for Training and Support: $1,070,000**

**4. Consumables**
- Initial Supply of Reagents and Chemicals: $150,000
- Sample Collection Kits and Laboratory Disposables: $100,000
- Laboratory Supplies (1-year supply): $375,000

**Total for Consumables: $625,000**

**5. Miscellaneous**
- Marketing Materials, Online Setup, Website Development, Google AdWords, and Place Listing: $255,000

**Total for Miscellaneous: $255,000**
**Grand Total: $4,500,000**




**GENE MATRIX INC.**
7456 S State Rd Suite 204
Bedford Park, IL, 60638
847-302-9668

**Gene Matrix INC.**

By: ______________________

Name: TAREK YOUNIS

Title: CEO

Date: 11/11/2024

**Gene Matrix D.O.O.**

By: ______________________

Name: ZORANCHO MITROVSKI

Title: CEO

Date: 11/11/2024