AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gene Matrix Inc**
was received by me on *(date)* **10/1/2025**

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Stephanie C.** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Gene Matrix Inc**
**at 159 N. Wolcott St. Ste 133, Casper, WY** on *(date)* **10/1/25 at 4:00PM** ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/1/25**

*Server's signature*

**Kellie Zerbe-Alme / Server**
*Printed name and title*

**Evansville, WY**
*Server's address*

Additional information regarding attempted service, etc: