# OFFICE OF THE SECRETARY OF STATE

## ALEXI GIANNOULIAS-Secretary of State

```
                                              12129327
                                              OCTOBER 03, 2025


BAKERHOSTETLER LLP C/O KATHARINE WALTON
ONE NORTH WACKER DRIVE, SUITE 3700
CHICAGO, IL 60606



RE GENE MATRIX LLC

Dear Sir or Madam:

Affidavit of Compliance for Service on the Secretary of State for the
above referenced Limited Liability Company has been filed.

The required filing fee is hereby acknowledged.

Please do not hesitate to contact my Business Services Department if you
have any questions or need further assistance.

Sincerely,

Alexi Giannoulias
Illinois Secretary of State
Department of Business Services
Limited Liability Division
800-252-8980
```

Form **LLC-1.50**
September 2013
**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.ilsos.gov

Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void.

Illinois Limited Liability Company Act
## Affidavit of Compliance for Service on Secretary of State
**SUBMIT IN DUPLICATE**
Type or Print Clearly

This space for use by Secretary of State.

Filing Fee: $5
Approved: JMB

FILE # 12/29327

This space for use by Secretary of State.

FILED
OCT 03 2025
ALEXI GIANNOULIAS
SECRETARY OF STATE

1. Name of Limited Liability Company being served: **Gene Matrix LLC**

2. Title of Case and Case Number:
   Gene Matrix D.O.O.    — First Named Plaintiff
   v.
   Gene Matrix Inc.      — First Named Defendant
   Number: **1:25-cv-11787**

3. Title of Court in which an action, suit or proceeding has been commenced: _____

4. Title of Instrument being served: **Complaint, Summons, Civil Cover Sheet, Notification of Affiliates, Minute Entry**

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: **Gene Matrix LLC, c/o Tarek Younis, 1375 W Fulton St, Suite 545, Chicago, IL 60607**

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☑ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☐ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on _____ ; the conditions of paragraphs a and b above exist; and the action, suitor preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____ ; the conditions of a. or b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____ .

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   *Katharine H. Walton* (Signature of Affiant)    October 3, 2025

   Katharine H. Walton (Name print)

   ( 312 ) 416-8187 Telephone Number

**RETURN TO:** (Please type or print clearly.)
BakerHostetler LLP, c/o Katharine Walton
Name
One North Wacker Drive, Suite 3700
Street
Chicago, IL 60606
City, State, ZIP

**TENDERED CHICAGO CORP. DEPARTMENT**
OCT - 3 2025
ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. December 2017 — 1 — LLC 13.8