

P25262059

# AFFIDAVIT OF SERVICE

| Case:<br>1:25-CV-11787 | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | County:<br>ILLINOIS, IL | Job:<br>25262059 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>GENE MATRIX D.O.O. | | **Defendant / Respondent:**<br>GENE MATRIX, INC., ET AL | |
| **Received by:**<br>Evolution Process Service/Lexitas Process Service | | **For:**<br>VERITEXT- ORLANDO | |
| **To be served upon:**<br>SASO POPOSKI | | | |

I, NINA GAINES, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | SASO POPOSKI, 901 WESTMINSTER LN , MUNSTER, IN 46321: |
| **Manner of Service:** | SUBSERVED, 16th day of October, 2025 3:50PM |
| **Documents:** | NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT, CIVIL COVER SHEET, SUMMONS, COMPLAINT AND EXHIBITS. |
| **Next Hearing Date:** | |

**Additional Comments:**
1) Successful Attempt: 16th day of October, 2025 3:50PM at 901 WESTMINSTER LN , MUNSTER, IN 46321: received by **NATASA POPOSKI, WIFE,** Age: 46; Sex: FEMALE; Race: WHITE; Weight: 230; Height: 5" 8; Hair: BROWN

2) Previous Attempts:

10/14/2025 - 6:38PM - NO ANSWER


A copy of the aforementioned documents were mailed via USPS First Class Mail.

I affirm under penalties for perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.


*Nina Gaines*    10/20/25
NINA GAINES        Date

Evolution Process Service/Lexitas Process Service
6018 N. Keystone Ave.
Indianapolis, IN 46220