**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENE MATRIX D.O.O., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENE MATRIX INC., GENE MATRIX LLC, ) <br> SASO POPOSKI & TAREK YOUNIS, ) <br> ) <br> Defendants. ) | No. 1:25-cv-11787 <br><br> Hon. Sharon Johnson Coleman |

**PLAINTIFF GENE MATRIX D.O.O.'S
<u>MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT GENE MATRIX INC.</u>**

Plaintiff Gene Matrix D.O.O., by and through its attorneys, respectfully moves for an entry of default against Defendant Gene Matrix Inc. pursuant to Fed. R. Civ. P. 55(a). In support of this Motion, Gene Matrix D.O.O. states as follows:

1. Gene Matrix D.O.O. filed its Complaint on September 26, 2025. Dkt. 1.

2. Gene Matrix D.O.O. served the Complaint and Summons on Gene Matrix Inc.'s registered agent on October 3, 2025. Affidavit of Katharine H. Walton ¶ 5.

3. Gene Matrix Inc.'s deadline to respond to the Complaint was October 22, 2025. Walton Aff. ¶ 6.

4. Gene Matrix Inc. did not respond by October 22, 2025. Walton. Aff. ¶ 7.

5. Gene Matrix Inc. is a corporation, and therefore not a minor, incompetent, or member of the military service. Walton. Aff. ¶ 8.

6. Default is appropriate when a party fails "to plead or otherwise defend" an action. *See* Fed. R. Civ. P. 55(a); *Sun v. Bd. of Trs. of Univ. of IL*, 473 F.3d 799, 811 (7th Cir. 2007) ("Federal Rule of Civil Procedure 55(a) provides that 'when a party against whom a judgment for

affirmative relief is sought has failed to plead or otherwise defend as provided by these rules . . . the clerk shall enter the party's default.'").

WHEREFORE, Plaintiff Gene Matrix D.O.O. respectfully requests that the Court enter an order of default against Defendant Gene Matrix Inc.

Dated: October 23, 2025

Respectfully submitted,

<u>/s/ *Katharine H. Walton*</u>
David M. Friebus
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200
dfriebus@bakerlaw.com
kwalton@bakerlaw.com

Sashe D. Dimitroff (*pro hac vice forthcoming*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1320
sdimitroff@bakerlaw.com

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that on October 23, 2025, she caused a true copy of the foregoing to be served on Defendant Gene Matrix Inc. via first-class mail to:

Gene Matrix Inc.
c/o United States Corporation Agents, Inc.
159 N. Wolcott Street, Suite 133
Casper, WY 82601

                */s/ Katharine H. Walton*