**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENE MATRIX D.O.O., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:25-cv-11787 |
| v. ) | |
| ) | Hon. Sharon Johnson Coleman |
| GENE MATRIX INC., GENE MATRIX LLC, ) | |
| SASO POPOSKI & TAREK YOUNIS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF GENE MATRIX D.O.O.'S
MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT YOUNIS**

Plaintiff Gene Matrix D.O.O., by and through its attorneys, respectfully moves for an order authorizing alternative service of process via email upon Defendant Tarek Younis ("Younis") pursuant to Fed. R. Civ. P. 4(e). In support of this Motion, Gene Matrix D.O.O. states as follows:

1. Gene Matrix D.O.O. filed its Complaint on September 26, 2025. Dkt. 1.

2. A summons for Younis was issued on September 30, 2025. Dkt. 11-3. Younis is the Chief Executive Officer of Gene Matrix LLC, and the summons contained Gene Matrix LLC's address.

3. Efforts to serve Younis at Gene Matrix LLC's office were unsuccessful. On October 1, 2025, a process server attempted to serve Younis at Gene Matrix LLC's Chicago headquarters: 1375 W. Fulton Avenue, Suite 545, Chicago, Illinois. Walton Aff. ¶ 4. Building security at 1375 W. Fulton Avenue did not allow the process server to proceed past the lobby. Walton Aff. ¶ 5, Ex. A. Instead, building security called Gene Matrix LLC, and an employee came to the lobby. The employee informed the process server that "Tarek Younis do[es] not come into the office and she has no idea when or if [he] will be back in the office." Walton Aff. ¶ 5, Ex. A.

4. Following the unsuccessful attempt, Gene Matrix D.O.O. performed an address search for Younis, which yielded two results: (1) 1520 S. Roselle Road, Schaumburg, Illinois; and (2) 1938 Hastings Avenue, Downers Grove, Illinois. Walton Aff. ¶ 6.

5. An alias summons for Younis was issued on October 2, 2025 for the address in Schaumburg, Illinois. Dkt. 16. A process server attempted service twice at this address on October 9 and 13, 2025. Walton Aff. ¶ 7, Ex. B. During a third attempt on October 15, 2025, the process server spoke with a white female at the address who told the process server, "the defendant is unknown." Walton Aff. ¶ 7, Ex. B.

6. A second alias summons for Younis was issued on October 20, 2025 for the address in Downers Grove, Illinois. Dkt. 21. The process server attempted service four times at this address on October 21, 23, 25, and 27, 2025. The process server noted in connection with all four attempts that there was no answer at the door and a black Toyota Corolla ET was parked near the garage door. The process server also left a notice after the first attempt, and that notice had not been removed on the fourth attempt. Walton Aff. ¶ 8.

7. Federal Rule of Civil Procedure 4(e) permits service on an individual by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." *See* Fed. R. Civ. P. 4(e).

8. Illinois Supreme Court Rule 102(f)(1)(B) permits service of the summons and complaint via email by special order of the court upon a motion brought pursuant to 735 ILCS 5/2-203.1. Ill. S. Ct. R. 102(f)(1)(B).

9. Section 2-203.1 of the Illinois Code of Civil Procedure states that a court may "enter an order directing a comparable method of service" if a party submits a motion, without notice, accompanied by an affidavit stating "the nature and extent of the investigation made to determine

2

the whereabouts of the defendant and the reasons why service is impractical under items (1) and (2) of subsection (a) of Section 2-203 including a specific statement showing that a diligent inquiry as to the location of the individual defendant was made and reasonable efforts to make service have been unsuccessful" and "the reasons the movant believes the defendant/respondent has recently sent and received transmissions from a specific e-mail address . . . ." 735 ILCS 5/2-203.1; Ill. S. Ct. R. 102(f)(2).

10. Within the last 30 days, Gene Matrix D.O.O. has attempted service on Younis on eight separate occasions at three separate addresses. Walton Aff. ¶ 9. Personal service is impractical because despite performing address searches to locate Younis, Gene Matrix D.O.O. has been unable to personally serve Younis or leave a copy of the summons and complaint at Younis's usual place of abode with someone residing there. 735 ILCS 5/2-203(a)(1)-(2).

11. Given the unsuccessful attempts to serve Younis personally, Gene Matrix D.O.O. respectfully requests authorization to serve Younis via email pursuant to Fed. R. Civ. P. 4(e).

12. Service via email is an effective way to serve Younis because counsel for Gene Matrix D.O.O. has received an email from Younis's Gene Matrix email address, tarek@genematrix.io, as recently as September 4, 2025. Walton Aff. ¶ 10, Ex. C. Additionally, as of the date of filing, Younis's Gene Matrix email address is publicly listed on Gene Matrix LLC's website:



Walton Aff. ¶ 11.

WHEREFORE, Plaintiff Gene Matrix D.O.O. respectfully requests that the Court enter an order permitting alternative service on Defendant Tarek Younis via email.

Dated: October 29, 2025

Respectfully submitted,

/s/ Katharine H. Walton
David M. Friebus
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200
dfriebus@bakerlaw.com
kwalton@bakerlaw.com

Sashe D. Dimitroff (*pro hac vice forthcoming*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1320
sdimitroff@bakerlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on October 29, 2025, she caused a true copy of the foregoing to be served on Defendants via first-class mail to:

Tarek Younis
1938 Hastings Avenue
Downers Grove, IL 60516

Gene Matrix LLC
c/o Tarek Younis
1375 W. Fulton Avenue, Suite 545
Chicago, IL 60607

Gene Matrix Inc.
c/o United States Corporation Agents, Inc.
159 N. Wolcott Street, Suite 133
Casper, WY 82601

Saso Poposki
901 Westminster Ln.
Munster, IN 46321

                                                    */s/ Katharine H. Walton*