# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GENE MATRIX D.O.O., | ) |
| Plaintiff, | ) |
| | ) No. 1:25-cv-11787 |
| v. | ) |
| | ) Hon. Sharon Johnson Coleman |
| GENE MATRIX INC., GENE MATRIX LLC, | ) |
| SASO POPOSKI & TAREK YOUNIS, | ) |
| Defendants. | ) |

## AFFIDAVIT OF KATHARINE H. WALTON

I, Katharine H. Walton, state as follows:

1. I am one of the attorneys of record for Plaintiff Gene Matrix D.O.O. Dkt. 4.

2. Gene Matrix D.O.O. filed its Complaint on September 26, 2025. Dkt. 1.

3. A summons for Defendant Tarek Younis was issued on September 30, 2025. Dkt. 11-3. Alias summonses were issued on October 2, 2025 and October 20, 2025. Dkts. 16, 21.

4. Gene Matrix D.O.O. attempted service on Younis on October 1, 2025 at Gene Matrix LLC's Chicago Headquarters: 1375 W. Fulton Avenue, Suite 545, Chicago, Illinois. A true and accurate copy of the certificate of non-service is attached hereto as Exhibit A.

5. Building security at 1375 W. Fulton Avenue did not allow the process server to proceed past the lobby. Building security called Gene Matrix LLC, and an employee came to the lobby. The employee informed the process server that "Tarek Younis do[es] not come into the office and she has no idea when or if [he] will be back in the office." *See id.*

6. Following the unsuccessful attempt, counsel for Gene Matrix D.O.O. ran an address search for Younis, which identified two addresses: (1) 1520 S. Roselle Road, Schaumburg, Illinois 60193; and (2) 1938 Hastings Avenue, Downers Grove, Illinois 60516.

7. A process server made unsuccessful attempts on October 9 and 13, 2025 at 1520 S. Roselle Road. The process server made a third attempt on October 15, 2025 and spoke with a white female who stated, "the defendant is unknown." A true and accurate copy of the certificate of non-service is attached hereto as Exhibit B.

8. A process server attempted service four times at 1938 Hastings Avenue: on October 21, 23, 25, and 27, 2025. The process server noted in connection with all four attempts that there was no answer at the door and a black Toyota Corolla ET was parked near the garage door. The process server left a notice after the first attempt, and that notice had not been removed on the fourth attempt.

9. Within the last 30 days, Gene Matrix D.O.O. has attempted service on Younis on eight separate occasions at three separate addresses.

10. Counsel for Gene Matrix D.O.O. believes that Younis has recently sent and received emails from his Gene Matrix email address, tarek@genematrix.io, because counsel has communicated with Younis at his Gene Matrix email address as recently as September 4, 2025. A true and accurate copy of the communication is attached hereto as Exhibit C.

11. Additionally, as of the date of filing, Younis's Gene Matrix email address is publicly listed on Gene Matrix LLC's website as a point of contact:



*See* About Us, *https://genematrixai.com/aboutus* (last visited Oct. 29, 2025).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 29, 2025          */s/ Katharine H. Walton*
                                  Katharine H. Walton

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on October 29, 2025, she caused a true copy of the foregoing to be served on Defendant Tarek Younis via first-class mail to:

Tarek Younis
1938 Hastings Avenue
Downers Grove, IL 60516

Gene Matrix LLC
c/o Tarek Younis
1375 W. Fulton Avenue, Suite 545
Chicago, IL 60607

Gene Matrix Inc.
c/o United States Corporation Agents, Inc.
159 N. Wolcott Street, Suite 133
Casper, WY 82601

Saso Poposki
901 Westminster Ln.
Munster, IN 46321

*/s/ Katharine H. Walton*