# EXHIBIT A

## CERTIFICATE OF NON SERVICE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | **Case #: 1:25-cv-11787** |

| | | |
|---|---|---|
| | **Gene Matrix D.O.O.** | Plaintiff |
| | vs. | |
| | **Gene Matrix Inc., et al** | Defendant |

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Tarek Younis**, at **1375 W. Fulton St., Ste 545, Chicago, IL 60607**, with the **Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

10/01/2025   01:44 PM   This is an office building. The security guard in the lobby called up to Gene Matrix and an employee came down to the lobby. The employee said Sass Poposki and Tarek Younis do not come into the office and she has no idea when or if they will be back in the office. I left my phone number with her and asked her to give it to them.

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 10/2/2025.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Veritext**
FILE #: **7642029**

Job #: **643982**