# **EXHIBIT B**

## CERTIFICATE OF NON SERVICE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | **Case #: 1:25-cv-11787** |

**Gene Matrix D.O.O.**

Plaintiff

vs.

**Gene Matrix Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Tarek Younis**, at **1520 S. Roselle Rd, Schaumburg, IL 60193**, with the **Alias Summons & Complaint; Civil Cover Sheet; Notification of Affiliates and Corporate Disclosure Statement; Exhibit(s); Notification of Docket Entry** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 10/09/2025 | 05:13 PM | Single family residence. No vehicles parked in the driveway. The blinds are closed, no answer at the door. |
| 10/13/2025 | 06:22 PM | No vehicles parked in the driveway. The blinds are closed, no answer at the door. No lights on inside. |
| 10/15/2025 | 03:05 PM | I spoke with a white female 36 years. She stated the defendant is unknown. No vehicles present. |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 10/16/2025.

*Nancy Porter*

Nancy Porter
Registration No: 117-001119

CLIENT: **Veritext**  
FILE #: **7649095**

Job #: **645723**