# EXHIBIT C

| | |
|---|---|
| **From:** | Tarek Younis <tarek@genematrix.io> |
| **Sent:** | Thursday, September 4, 2025 7:09 PM |
| **To:** | Dimitroff, Sashe D. |
| **Cc:** | Friebus, David M. |
| **Subject:** | Re: Demand Letter |
| **Attachments:** | GENE MATRIX INC Zorancho Breach Of Contract Formal Notice.pdf |

[External Email: Use caution when clicking on links or opening attachments.]

Not Sure if you are aware but here is the breach of contract

You can reach my office tomorrow



**Tarek Younis**
Chief Executive Officer
Gene Matrix

 8473029668
 info@genematrix.io
 www.genematrix.io
 1375 W Fulton St Suite 545 Chicago IL 60607

---

**From:** Dimitroff, Sashe D. <sdimitroff@bakerlaw.com>
**Sent:** Thursday, September 4, 2025 6:56 PM
**To:** Tarek Younis <tarek@genematrix.io>
**Cc:** Friebus, David M. <dfriebus@bakerlaw.com>
**Subject:** Demand Letter

Dear Sir,

Please review the attached correspondence.

Regards,

Sashe Dimitroff

**Sashe Dimitroff**
Partner

**BakerHostetler**

811 Main Street | Suite 1100
Houston, TX 77002-6111
T +1.713.646.1320

sdimitroff@bakerlaw.com
bakerlaw.com



---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.