**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GENE MATRIX D.O.O., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cv-11787 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| GENE MATRIX INC., GENE MATRIX LLC, | ) | |
| SASO POPOSKI & TAREK YOUNIS, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>PROOF OF SERVICE ON DEFENDANT TAREK YOUNIS</u>**

Plaintiff Gene Matrix D.O.O., by and through its attorneys, submits its Proof of Service on Defendant Tarek Younis.  In support, Gene Matrix D.O.O. states as follows:

1.      On November 4, 2025, the Court granted Gene Matrix D.O.O.'s Motion for Alternative Service on Defendant Younis, permitting service to be made via email at tarek@genematrix.io.  Dkt. 33.

2.      On November 4, 2025, pursuant to Illinois Supreme Court Rule 102(f)(3), counsel for Gene Matrix D.O.O. served Younis at tarek@genematrix.io with:

    a.   The summonses, Dkts. 11-3, 16, 21;

    b.   Complaint and exhibits, Dkt. 1;

    c.   Appearances, Dkts. 3, 4; and

    d.   Order granting Gene Matrix D.O.O.'s motion for alternative service, Dkt. 33.

3.      A true and accurate copy of the email sent to tarek@genematrix.io is attached hereto as Exhibit A.

4.      On November 4, 2025, copies of the summonses, complaint, exhibits, appearances, and order were also served on Younis via certified mail at (1) Gene Matrix LLC, c/o Tarek Younis, 1375 W. Fulton Avenue, Suite 545, Chicago, IL 60607; and (2) 1938 Hastings Avenue, Downers Grove, IL 60516 pursuant to Illinois Supreme Court Rule 102(f)(4)(A).

Dated: November 4, 2025                    Respectfully submitted,

*/s/ Katharine H. Walton*
David M. Friebus
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200
dfriebus@bakerlaw.com
kwalton@bakerlaw.com

Sashe D. Dimitroff (*pro hac vice forthcoming*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1320
sdimitroff@bakerlaw.com