# EXHIBIT A

| | |
|---|---|
| **From:** | Walton, Katharine |
| **Sent:** | Tuesday, November 4, 2025 3:27 PM |
| **To:** | 'tarek@genematrix.io' |
| **Cc:** | Friebus, David M.; Dimitroff, Sashe D. |
| **Subject:** | Important information—You are being sued |
| **Attachments:** | 2025.11.4 (Dkt 33) - Minute Entry.pdf; 2025.10.20 (Dkt 21) - Alias Summons.pdf; 2025.10.2 (Dkt 16) - Alias Summons.pdf; 2025.09.30 (Dkt 11-3) - Tarek Younis Summons.pdf; 2025.09.26 (Dkt 4) - Appearance (Walton).pdf; 2025.09.26 (Dkt 3) - Appearance (Friebus).pdf; 2025.09.26 (Dkt 1-5) - Ex. 5.pdf; 2025.09.26 (Dkt 1-4) - Ex. 4.pdf; 2025.09.26 (Dkt 1-3) - Ex. 3.pdf; 2025.09.26 (Dkt 1-2) - Ex. 2.pdf; 2025.09.26 (Dkt 1-1) - Ex. 1.pdf; 2025.09.26 (Dkt 1) - Complaint.pdf |

Dear Mr. Younis:

You have been sued. Read all of the documents attached to this e-mail. To participate in the case, you must follow the instructions listed in the attached summons. If you do not, the court may decide the case without hearing from you, and you could lose the case.

Best,
Kat

**Kat Walton**
She | Her | Hers
Associate

BakerHostetler

One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.8187

kwalton@bakerlaw.com
bakerlaw.com

