# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GENE MATRIX D.O.O., | ) |
| Plaintiff, | ) |
| | ) No. 1:25-cv-11787 |
| v. | ) |
| | ) Hon. Sharon Johnson Coleman |
| GENE MATRIX INC., GENE MATRIX LLC, SASO POPOSKI & TAREK YOUNIS, | ) |
| Defendants. | ) |

**PLAINTIFF GENE MATRIX D.O.O.'S MOTION TO VACATE DEADLINE FOR INITIAL STATUS REPORT & INITIAL STATUS HEARING**

Plaintiff Gene Matrix D.O.O., by and through its attorneys, respectfully moves to vacate the November 24, 2025 deadline to file an initial status report and December 1, 2025 status hearing. In support of this Motion, Gene Matrix D.O.O. states as follows:

1. On September 26, 2025, Gene Matrix D.O.O. filed this action against Defendants Gene Matrix Inc., Gene Matrix LLC, Saso Poposki, and Tarek Younis. Dkt. 1.

2. Shortly thereafter, the Court ordered the parties to file an initial status report by November 24, 2025 and set an initial status hearing for December 1, 2025 at 10:15 AM. Dkt. 10.

3. All defendants have been served. Dkts. 17, 18, 22, 36. At this point, default has been entered against Gene Matrix Inc. and Gene Matrix LLC (Dkts. 34, 35); Gene Matrix D.O.O.'s motion for entry of default against Poposki is scheduled for presentment on November 18, 2025 (Dkt. 38); and Younis's deadline to respond is November 25, 2025.

4. In light of the three defaults and November 25, 2025 deadline for the final defendant to respond, Gene Matrix D.O.O. respectfully requests that the Court vacate the deadline to submit an initial status report and the initial status hearing and, if any defendant later appears, reset those dates at that time.

WHEREFORE, Plaintiff Gene Matrix D.O.O. respectfully requests that the Court vacate the November 24, 2025 deadline to file an initial status report and December 1, 2025 status hearing.

Dated: November 12, 2025

Respectfully submitted,

*/s/ Katharine H. Walton*
David M. Friebus
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200
dfriebus@bakerlaw.com
kwalton@bakerlaw.com

Sashe D. Dimitroff (*pro hac vice forthcoming*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1320
sdimitroff@bakerlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on November 12, 2025, she caused a true copy of the foregoing to be served on Defendants Saso Poposki and Tarek Younis via first-class mail to:

Saso Poposki
901 Westminster Ln.
Munster, IN 46321

Gene Matrix LLC
c/o Tarek Younis
1375 W. Fulton Avenue, Suite 545
Chicago, IL 60607

                                                                         */s/ Katharine H. Walton*