**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Gene Matrix D.O.O.
                Plaintiff,

v.                                        Case No.: 1:25−cv−11787
                                        Honorable Sharon Johnson Coleman

Gene Matrix Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 11/18/2025. Plaintiff's motion for entry of default against Defendant Saso Poposki [37] is granted. Pursuant to F.R.C.P. 55(a) default is entered in favor of Plaintiff Gene Matrix D.O.O. and against Defendant Saso Poposki. Enter Order. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.