**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENE MATRIX D.O.O., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:25-cv-11787 |
| v. ) | |
| ) | Hon. Sharon Johnson Coleman |
| GENE MATRIX INC., GENE MATRIX LLC, ) | |
| SASO POPOSKI & TAREK YOUNIS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF ZAM2 D.O.O.'S
<u>NAME CHANGE DOCUMENTATION</u>**

Plaintiff ZAM2 D.O.O., by and through its attorneys, hereby submits documentation of its name change pursuant to the Court's December 2, 2025 minute entry. Dkt. 48. Attached hereto as Exhibit A is a true and accurate translated copy of ZAM2's History of Changes issued by the Central Registry of the Republic of North Macedonia.

Dated: December 2, 2025

Respectfully submitted,

*/s/ Katharine H. Walton*
David M. Friebus
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200
dfriebus@bakerlaw.com
kwalton@bakerlaw.com

Sashe D. Dimitroff (*pro hac vice forthcoming*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1320
sdimitroff@bakerlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that on December 2, 2025, she caused a true copy of the foregoing to be served on Defendants via first-class mail at:

Gene Matrix Inc.
c/o United States Corporation Agents, Inc.
159 N. Wolcott Street, Suite 133
Casper, WY 82601

Gene Matrix LLC
1375 W. Fulton Avenue, Suite 545
Chicago, IL 60607

Saso Poposki
901 Westminster Ln.
Munster, IN 46321

Tarek Younis
c/o Gene Matrix LLC
1375 W. Fulton Avenue, Suite 545
Chicago, IL 60607

                                                               */s/ Katharine H. Walton*