# EXHIBIT A

CENTRAL REGISTRY OF THE
REPUBLIC OF NORTH MACEDONIA

Trade Registry and Registry of Other Legal Entities
www.crm.com.mk

Number: 0811-50/150020250407478
Date and time: 5.11.2025 09:06

Digitally signed by: CRRSM
Central Registry of the Republic of North Macedonia
Date and time of signing: 05.11.2025 at 09:06
Certificate issuer: KIBSTrust Issuing Qseal CA G2
Certificate is valid by: 05.11.2026
The document is digitally signed and is legally valid

/Electronically issued document/
History of Changes

| Entity ID number: | 7808798 |
|---|---|
| Name of the registered entity: | Company for Research and Experimental Development in Biotechnology ZAM2 DOO Skopje |
| Registered office: | 29 NOVEMBER br. 38 SKOPJE – CENTAR, CENTAR |

| Reference number: | Status: | Type of entry: | Date of decision: |
|---|---|---|---|
| 35020240026441 | Approved | Registration of founding | 11.11.2024 |
| 30120250053048 | Approved | Document determining the main routing number and size | 5.3.2025 |
| 35020250023907 | Approved | Registration of change | 10.10.2025 |

| REFERENCE NUMBER | |
|---|---|
| 35020240026441 | |
| Entity ID number: | 7808798 |
| Register | |
| Receipt of application: | 10.11.2024 |
| Type of entry: | Registration of founding |
| Date of decision: | 11.11.2024 |
| Reference number: | 35020240026441 |
| Method of submission: | Electronically |
| Status of the reference number: | Approved |
| Full name of the registered entity: | Company for Research and Experimental Development in Biotechnology GENE MATRIX DOO Skopje |
| Short name: | GENE MATRIX DOO Skopje |
| Registered office: | 29 NOVEMBER br. 38 SKOPJE – CENTAR, CENTAR |
| Type of the entity registered: | DOO (Limited liability company) |
| Act: | Agreement: Agreement on founding a limited liability company (DOO) of 6 November 2024 |
| Date of founding: | 6 November 2024 |
| Duration: | Unlimited |

Number: 0811-50/150020250407478  Page 1 of 6

| Status: | Active |
|---|---|
| *Type of ownership: | Private |
| TIN: | 4080024626901 |
| Origin of the capital: | Domestic |
| Size of the entity: | Micro |
| Organisation form: | 05.3 – Limited liability company |
| Competent Register: | Trade Register |

| Information about the submitter | |
|---|---|
| Submitter: | Aneta Bozhijanova |
| Address: | ███████████████ |

| Enclosures |
|---|
| ZP |
| ID document |
| Power of Attorney |
| Founding Agreement |
| Statement under Article 183 of the Law on Companies |
| Statement under Article 29 of the Law on Companies |
| Statement under Article 32 of the Law on Companies |
| Decision on appointment/dismissal |

| Share capital | |
|---|---|
| Monetary share MKD: | ███ |
| Non-monetary share MKD: | ███ |
| Paid share MKD: | ███ |
| Total share capital: | ███ |

| Owners | |
|---|---|
| Name and surname/Title: | ANTONIJE MARINOSKI |
| Address: | ███████████████ |
| Type of owner: | Founder/owner |
| Monetary share MKD: | ███ |
| Non-monetary share MKD: | ███ |
| Paid share MKD: | ███ |
| Total share MKD: | ███ |
| Name and surname/Title: | ZORANCHO MITROVSKI |
| Address: | ███████████████ |
| Type of owner: | Founder/owner |

Number: 0811-50/150020250407478                Page 2 of 6

| Monetary share MKD: | ■ | |
| --- | --- | --- |
| Non-monetary share MKD: | ■ | |
| Paid share MKD: | ■ | |
| Total share MKD: | ■ | |

| Activities | |
| --- | --- |
| Priority activity / Main routing number: | 72.11 – Research and experimental development in biotechnology |
| GENERAL BUSINESS CLAUSE | |
| Activities in the foreign trade have been recorded | |

| Authorisations | |
| --- | --- |
| **Manager** | |
| Name and surname: | ZORANCHO MITROVSKI |
| Address: | ■ |
| Authorisations: | Manager – university degree |
| Type of authorisation: | Unlimited authorisations in the domestic and foreign trade |
| Authorised person: | Manager |

| Additional information | |
| --- | --- |
| Legal basis: | Founding the Company for Research and Experimental Development in Biotechnology GENE MATRIX DOO Skopje, in line with Article 4, 21, 30, 39, and 41 of the Law on the One-Stop Shop System and on Maintenance of the Trade Register and Register of Other Legal Entities (Official Gazette of RM No. 84/05, 13/07, 150/07, 140/08, 17/11, 53/11, 70/13, 115/14, 97/15, 192/15, 53/16 and Official Gazette of RNM No. 98/19, 122/21, 215/21) and Article 182 and 183 of the Law on Companies (Official Gazette of RM No. 28/04, 84/05, 25/07, 87/08, 42/10, 48/10, 24/11, 166/12, 70/13, 119/13, 120/13, 187/13, 38/14, 41/14, 138/14, 88/15, 192/15, 6/16, 30/16, 61/16, 64/18, 120/18, and Official Gazette of RNM No. 290/20, 215/21, 99/22) |
| Additional information: | The company is registered without payment/entry of a share, in line with Article 175 of the Law on Companies (Official Gazette of RM No. 28/04, 84/05, 25/07, 87/08, 42/10, 48/10, 24/11, 166/12, 70/13, 119/13, 120/13, 187/13, 38/14, 41/14, 138/14, 88/15, 192/15, 6/16, 30/16, 61/16, 64/18, 120/18, and Official Gazette of RNM No. 290/20, 215/21, 99/22) |

| CONTACT: | |
|---|---|
| Email: | ezimit@me.com |

*Type of ownership is determined based on the capacity of the founder/partner/owner and is only used for the statistical purpose of the State Statistical Office of the Republic of North Macedonia.

| REFERENCE NUMBER | |
|---|---|
| 30120250053048 | |
| Entity ID number: | 7808798 |

| Register | |
|---|---|
| Receipt of application: | 05.03.2025 |
| Type of entry: | Document determining the main routing number and size |
| Date of decision: | 05.03.2025 |
| Reference number: | 30120250053048 |
| Status of the reference number: | Approved |

| | |
|---|---|
| Full name of the registered entity: | Company for Research and Experimental Development in Biotechnology GENE MATRIX DOO Skopje |
| Status: | Active |
| Size of the entity: | Micro |

| Information about the submitter | |
|---|---|
| Submitter: | Central Registry of RM Annual Accounts Register |

| Activities | |
|---|---|
| Priority activity / Main routing number: | 72.100 – Research and experimental development in natural sciences and engineering |

|  | REFERENCE NUMBER |
|---|---|
|  | 35020250023907 |
| Entity ID number: | 7808798 |

| Register ||
|---|---|
| Receipt of application: | 10.10.2025 |
| Type of entry: | Registration of change |
| Date of decision: | 10.10.2025 |
| Reference number: | 35020250023907 |
| Method of submission: | Electronically |
| Status of the reference number: | Approved |

| Full name of the registered entity: | Company for Research and Experimental Development in Biotechnology ZAM2 DOO Skopje |
|---|---|
| Short name: | ZAM2 DOO Skopje |
| Act: | Agreement: Agreement on founding a limited liability company DOO – Revised text dated 05.09.2025 |
| Status: | Active |

| Submitter: | Aneta Bozhijanova |
|---|---|
| Address: | ███████████████████████ |

| Enclosures ||
|---|---|
| Revised text (PP) <br> Power of Attorney <br> Statement under Article 32 of the Law on Companies <br> Decision amending the founding act – Article 252 of ZT <br> Decision on change of the name/short name ||

| Types of change ||
|---|---|
| Change of the name/firm <br> Change of the short name of the entity ||

| Additional information | |
|---|---|
| Legal basis: | Change of the name, short name and registration of Decision on change of the act No. 003/01-3 of 05.09.2025 of the Company for Research and Experimental Development in Biotechnology GENE MATRIX DOO Skopje, applying Article 30, 39 and 41 of the Law on the One-Stop Shop System and on Maintenance of the Trade Register and Register of Other Legal Entities (Official Gazette of RM No. 84/05, 13/07, 150/07, 140/08, 17/11, 53/11, 70/13, 115/14, 97/15, 192/15, 53/16 and Official Gazette of RNM No. 98/19, 122/21, 215/21, 193/25) and Article 44, 52 and 253 of the Law on Companies (Official Gazette of RM No. 28/04, 84/05, 25/07, 87/08, 42/10, 48/10, 24/11, 166/12, 70/13, 119/13, 120/13, 187/13, 38/14, 41/14, 138/14, 88/15, 192/15, 6/16, 30/16, 61/16, 64/18, 120/18 and Official Gazette of RNM No. 290/20, 215/21, 99/22, 272/24) |

**Note:**
The history of changes shows only data on which value is entered.

**Legal remedy:** A complaint against this real act may be filed to the Central Registry of the Republic of North Macedonia within 8 days from its receipt.

QR-code

**Verification**
Information about authentification of this document is available using the QR-code, i.e. at the following link:
https://www.crm.com.mk/ds/validateDocument/9617CE7C78D20BA3189CACB2A6A378184713A7A380715448B7D56DA572FC579DE
*This document is officially signed with the electronic seal and electronic timestamp. Authenticity of printed copies of this document may be verified electronically.*

Number: 0811-50/150020250407478

Page 6 of 6



| | |
|---|---|
| Тврдам дека правилно го извршив преводот од македонски на англиски јазик.<br>Датум: 6 ноември 2025 година<br>ПРЕВЕДУВАЧ       Мирјана Вељковиќ | I hereby confirm that the foregoing English translation of the original submitted to me in Macedonian is true and correct.<br>Date: 6 November 2025<br>TRANSLATOR      Mirjana Veljkovikj |

