**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

ZAM2 D.O.O., et al.
                         Plaintiff,

v.                                             Case No.: 1:25−cv−11787
                                                         Honorable Sharon Johnson Coleman

Gene Matrix Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 12/3/2025. Defendant Tarek Younis did not appear nor contact the Court. Plaintiff's motion for entry of default against Defendant Tarek Younis [44] is granted. Pursuant to Federal Rule of Civil Procedure 55(a), default is entered in favor of Plaintiff ZAM2 D.O.O. and against Defendant Tarek Younis. Enter Order. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.