AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| ZAM2 D.O.O. | ) |
| *Plaintiff* | ) |
| v. | ) |
| GENE MATRIX INC. ET AL. | ) |
| *Defendant* | ) |

Civil Action No.   1:25-ccv-11787

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   ZAM2 D.O.O. recover from Defendants Gene Matrix Inc., Gene Matrix LLC, Saso Poposki, and Tarek Younis, jointly and severally, $1,303,284.38, which includes prejudgment interest at the rate of 5%, plus post judgment interest at the rate of 3.53%.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Sharon Johnson Coleman _____ on a motion for default judgment.

Date:   1/23/2026 _____

*CLERK OF COURT*

Yvette Montanez _____

*Signature of Clerk or Deputy Clerk*