**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ZAM2 D.O.O., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cv-11787 |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| GENE MATRIX INC., GENE MATRIX LLC, | ) | |
| SASO POPOSKI & TAREK YOUNIS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

On February 23, 2026, the undersigned served a true and correct copy of the Citation to

Discover Assets to Third Party issued to JPMorgan Chase Bank, N.A. and its registered agent via

certified mail, return receipt requested.

On February 26, 2026, the undersigned further certifies that she served a true and correct

copy of the Citation to Discover Assets to Third Party issued to JPMorgan Chase Bank, N.A. on

the judgment debtors via U.S. mail, first-class, postage prepaid:

Gene Matrix Inc.
c/o United States Corporation
Agents, Inc.
159 N Wolcott St Ste 133
Casper, WY 82601 USA

Gene Matrix Inc.
1375 W. Fulton St., Suite 545
Chicago, IL 60607

Gene Matrix LLC
1375 W. Fulton St., Suite 545
Chicago, IL 60607

Saso Poposki
901 Westminster Lane
Munster, IN 46321

Tarek Younis
850 Lake Carolyn Pkwy., Apt. 2133,
Irving, TX 75039

Tarek Younis
Gene Matrix LLC
1375 W. Fulton St., Suite 545
Chicago, IL 60607

Dated: February 27, 2026

*/s/ Katharine H. Walton*
David M. Friebus
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 416-6200
dfriebus@bakerlaw.com
kwalton@bakerlaw.com

Sashe D. Dimitroff (*pro hac vice forthcoming*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1320
sdimitroff@bakerlaw.com