

**MR**

**CHASE** ⬡

Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

FILED
3/16/2026 PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IL - US DISTRICT COURT
219 S DEARBORN STREET
CHICAGO, IL 60604

**RE: ZAM2 DOO v. GENE MATRIX INC, GENE MATRIX LLC, SASO POPOSKI, TAREK YOUNIS Case No.: 125CV11787, IL - US DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your CITATION TO DISCOVER ASSETS against the following debtor(s): GENE MATRIX INC, GENE MATRIX LLC, SASO POPOSKI, TAREK YOUNIS

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 9097 | 0.01 | 0.00 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

Joint Account Holder: (9097) ELENA POPOSKI - 901 WESTMINSTER LN,MUNSTER,IN,United States/US territories,USA,463212543; SASO POPOSKI - 901 WESTMINSTER LN,MUNSTER,IN,USA,46321

Memo: - GENE MATRIX LLC - ACCOUNTS CLOSED ; GENE MATRIX INC - NO CUSTOMER LOCATED ; TAREK YOUNIS - NO DEPOSIT ACCOUNTS

### Answers

| | |
|---|---|
| Answer1 | Not Applicable |
| Answer2 | A. Yes B. $13.48 as of 3/5/26 C. No D. No E. No |
| Answer3 | 9097 - High School Checking;$13.48;9097 - $0.01;B. No C. Information not available D. N/A E. $0.01 |
| Answer4 | Not Applicable |
| Answer5 | 9097 - ELENA POPOSKI, SASO POPOSKI;9097 - ELENA POPOSKI - 901 WESTMINSTER LN,MUNSTER,IN,United States/US territories,USA,463212543; SASO POPOSKI - 901 WESTMINSTER LN,MUNSTER,IN,USA,46321;9097 - High School Checking |
| Signature | /S/ NICOLE C NASR |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.


Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the CITATION TO DISCOVER ASSETS. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.


Sincerely,



Nicole C Nasr
Transactions Specialist IV
JPMorgan Chase Bank, N.A.


Date: Thursday, Mar 05, 2026

JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

IL - US DISTRICT COURT
219 S DEARBORN STREET
CHICAGO, IL 60604

FIRST-CLASS MAIL
PRESORT
U.S. POSTAGE PAID
BROOKLYN, NY
PERMIT NO. 2097



31  CAQ8NP1  60604

RECEIVED
3/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT